JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LARRY HISTON, | ) | NO. CV 09-1261-CAS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| R. WONG, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: February 24, 2009.

_/s/ Christina A. Snyder_
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE